UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:   SEALED MATTER                              MISC. Nos: 20-50995-1, 2, 3, 4, 5

_____/

## MOTION AND BRIEF TO UNSEAL SEARCH WARRANTS AND AFFIDAVITS

THE UNITED STATES OF AMERICA respectfully requests that the search warrants and affidavits in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the search warrant and affidavit.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the search warrant and affidavit.

MATTHEW SCHNEIDER
United States Attorney

*s/ Trevor Broad*
TREVOR BROAD (P73495)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Trevor.Broad@usdoj.gov
Dated: January 14, 2021                     (313) 226-0210

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
HON. ELIZABETH A. STAFFORD
United States Magistrate Judge